**Miguel Garcia REYNOSO, Petitioner**

v.

**Jefferson B. SESSIONS, III,[1] Attorney General of the United States, Respondent**

No. 16-2206

United States Court of Appeals, Eighth Circuit.

Submitted: February 23, 2017

Filed: March 8, 2017

Chinedu I. Igbokwe, Emeka J. Igbokwe, Banwo & Igbokwe Law Firm, Omaha, NE, for Petitioner

Karen Yolanda Drummond, Edward C. Durant, John Beadle Holt, Trial Attorney, Carl H. McIntyre, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, Oil Oil, OIL, U.S. Department of Justice, Washington, DC, for Respondent

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Guatemalan citizen Miguel Garcia Reynoso petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge (IJ) to deny withholding of removal.[2] After careful consideration, we conclude that substantial evidence supports the decision. See De Castro-Gutierrez v. Holder, 713 F.3d 375, 379, 381-82 (8th Cir. 2013). The petition for review is denied. See 8th Cir. R. 47B.

---

1. Jefferson B. Sessions, III has been appointed to Serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

2. Reynoso does not challenge the IJ's denial of relief under the Convention Against Torture, or the IJ's denial of his asylum application as untimely; thus, those rulings are not before us. See Uli v. Mukasey, 533 F.3d 950, 954 n.2 (8th Cir. 2008).